**No. 48167.**—Protests 477752–G, etc., of Favorite Panama Hat Co. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel harvest hats similar in all material respects to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) were held dutiable at only 25 percent under paragraph 1504 (b) (5) as claimed.